IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LANCE P. WASHINGTON, #1903549 § | | |
| *Plaintiff* § | | |
| v. § | | CIVIL ACTION NO. 4:17CV550 |
| § | | |
| DIRECTOR, TDCJ-CID, DIXON FSM, § | | |
| SGT. SAWYER, *Defendants* § | | |

# MEMORANDUM ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge (Dkt. #13), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for a preliminary injunction (Dkt. #3), has been presented for consideration. The Report recommends that the preliminary injunction motion be denied as moot since Plaintiff has been transferred from the Choice Moore Unit in Bonham, Texas. No objections have been filed. The Court concludes that the Report (Dkt. #13) is correct and adopts the findings and conclusions of the Magistrate Judge. It is accordingly

**ORDERED** that the motion for a preliminary injunction (Dkt. #3) is **DENIED**.

**SIGNED this 8th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE